UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DEVON A. PEMBERTON,**

    **Plaintiff,**

v.                                          Case No. 4:20cv453-TKW-MAF

**ENHANCED RECOVERY COMPANY,**

    **Defendant.**

_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 6) and Plaintiff's objection (Doc. 7). Based on the my de novo review of the issues raised in the objection, *see* Fed. R. Civ. P. 72(b)(3), I agree with the magistrate judge's determination that Plaintiff's motion for leave to proceed in forma pauperis (Doc. 5) should be denied. Plaintiff does not dispute the magistrate judge's finding that he has sufficient funds in his inmate trust account to pay the filing fee and the Court finds that Plaintiff's speculation that he might need the money for other purposes does not justify allowing him to proceed with this Fair Credit Reporting Act case without paying the filing fee. Accordingly, it is

    **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's motion for leave to proceed in forma pauperis (Doc. 5) is **DENIED**.

3. Plaintiff shall have 30 days from the date of this Order to pay the filing fee or this case will be dismissed.

4. This case is remanded to the magistrate judge for further proceedings.

**DONE and ORDERED** this 2nd day of November, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**